```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FAYETTEVILLE DIVISION
```

**TOMMY R. MILLS, SR.**                                                       **PLAINTIFF**

      v.            Civil No. 10-5065

**CBM MANAGED SERVICES, et al.**                                              **DEFENDANTS**

### O R D E R

    Now on this 6th day of June, 2011, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #40), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

    **IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted** *in toto*.

    **IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, plaintiff's claims are hereby **dismissed with prejudice**.

    **IT IS SO ORDERED.**

                                        /s/ Jimm Larry Hendren
                                        JIMM LARRY HENDREN
                                        UNITED STATES DISTRICT JUDGE